61 A.3d 186

Ex rel. O'Dell MOORE, Petitioner

v.

COMMONWEALTH of Penn DEPARTMENT OF CORREC-TIONS, Louis S. Folino, Superintendent State Correctional Institutional at Greene: 175 Progress Drive, Waynesburg, PA 15370,

v.

Attorney General, Respondents.

No. 194 EM 2012.

Supreme Court of Pennsylvania.

Jan. 3, 2013.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of January, 2013, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.